UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JUAN MANUEL MARTINEZ ACEVEDO,<br><br>                        Defendant. | Case No.: 23-cr-0986-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

       On June 12, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 16, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 18] and sets the Motion Hearing/Trial Setting on July 28, 2023, at 1:30 p.m.

       For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On June 5, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for June 15, 2023.

       Accordingly, the Court finds that time from June 16, 2023, to July 28, 2023, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

       IT IS SO ORDERED.

Dated:   6/15/2023

                                                 Hon. Jinsook Ohta
                                                 UNITED STATES DISTRICT JUDGE